### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE DANDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 14-cv-10268 |
| | ) | |
| RAYMOND DANDAN, an individual, and | ) | Honorable Judge Sara L. Ellis |
| NATIONAL STRUCTURAL BEARINGS | ) | |
| CORPORATION, a Wisconsin corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION & CERTIFICATE OF SERVICE

On **January 10, 2023 at 9:45 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Sara L. Ellis, occupying Room 1403, in the United States District Court for the Northern District of Illinois, and we will then and there present Plaintiff's, George Dandan**, Motion to Enforce Judgment.**

                                      **GEORGE DANDAN**

                                      By: /s/ Karl W. Roth
                                            One of his Attorneys

**January 6, 2023**

Karl W. Roth, Esq.
ROTH LAW GROUP LLC
Attorney for Plaintiff
18600 Graphics Ct.
Tinley Park, Illinois  60647
 (773) 519-0121

## **CERTIFICATE OF SERVICE**

      Karl W. Roth, attorney for Plaintiff, George Dandan, hereby certifies that the foregoing Notice of Motion to Enforce Judgment was served on the following counsel of record via the Court's electronic filing system via electronic mail on the **6th day of January 2023:**

John H. Wickert, Esq.
Lustig & Wickert, P.C.
3400 Dundee Rd., Ste. 235
Northbrook, IL 60062
jwickert@lustiglaw.com

                                                  By: /s/ Karl W. Roth
                                                        One of Plaintiff's Attorneys